(128 So. 910)
### Gregory PAPPAS v. CITY OF EUFAULA.
### 4 Div. 487.

Supreme Court of Alabama.
May 15, 1930.

McDowell & McDowell, of Eufaula, for peti-
tioner.

Chauncey Sparks, of Eufaula, opposed.

PER CURIAM.

Petition of Gregory Pappas for certiorari to
the Court of Appeals to review and revise the

[1] 220 Ala. 561.

judgment and decision of that court in Pappas v. City of Eufaula (4 Div. 538) 23 Ala. App. 663, 128 So. 921.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.